IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-92-273-CR




JANICE E. WILLIS,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT



NO. 91-228, HONORABLE FRED A. MOORE, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for possession of marihuana. Punishment was
assessed at confinement for ten (10) years, probated.

 Appellant has filed an amended motion to withdraw the appeal. No decision of this
Court has been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App.
P. Ann. 59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith; Justice B. A. Smith

 not participating]

Dismissed On Appellant's Amended Motion

Filed: July 1, 1992

[Do Not Publish]